IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID E. WILLIAMS                                                                                    PETITIONER
ADC #77847

V.                                              NO. 5:06CV00100 JLH

LARRY NORRIS, Director,                                                                          RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Respondent's motion to dismiss (docket entry #12) is hereby granted, and this 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is dismissed without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE