IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID E. WILLIAMS                                                                           PETITIONER
ADC #77847

V.                                         NO. 5:06CV00100 JLH

LARRY NORRIS, Director,                                                             RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice to refiling if Petitioner obtains the necessary order from the United States Court of Appeals for the Eighth Circuit.

IT IS SO ORDERED this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE